Submitted on briefs June 19, affirmed June 25, 1970

## STATE OF OREGON, *Respondent, v.* GREGG MITCHELL KNISS, *Appellant.*

471 P2d 866

Oscar D. Howlett, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, Salem, filed the brief for respondent. With him on the brief was Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and BRANCHFIELD, Judges.

PER CURIAM

The defendant, having been found guilty of a felony by a jury, appeals.

His sole contention on appeal is that under the Constitution of the United States the defendant was

entitled to have the jury instructed that to find him guilty the jurors must unanimously agree as to his guilt. This issue has been decided *contra* to the defendant's contention in *State v. Gann*, 254 Or 549, 463 P2d 570 (1969).

Affirmed.